FIRST NATIONAL BANK, as Trustee of the Estate of Jessie V. Craig, Deceased, *et al.*, Plaintiffs-Appellees, *v.* THE STANDARD PAVING COMPANY, Defendant-Appellant.

(No. 11503;

Fourth District—October 24, 1973.

*Rehearing denied November 20, 1973.*

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

T. K. Knappenberger, Jr., and John J. Bresee, of Champaign, for appellant.

Dilsaver, Gilkerson & Spitz, of Mattoon, (Joseph R. Spitz, of counsel,) for appellees.